EILEEN M. DECKER
United States Attorney
DOROTHY A. SCHOUTEN
Assistant United States Attorney
Chief, Civil Division
ROBYN-MARIE LYON MONTELEONE
Assistant United States Attorney
Chief, General Civil Section
BRENT A. WHITTLESEY (Cal. Bar No. 73493)
Assistant United States Attorney
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-2445
    Facsimile: (213) 894-7819
    E-mail: brent.whittlesey@usdoj.gov

Attorneys for Defendant
UNITED STATES OF AMERICA,
Erroneously sued herein as SECRETARY
OF HOUSING AND URBAN
DEVELOPMENT

JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| DLI PROPERTIES, LLC, <br><br> Plaintiff, <br><br> v. <br><br> MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., FIRST MORTGAGE CORPORATION, HACIENDA SERVICE CORPORATION, SECRETARY OF HOUSING AND URBAN DEVELOPMENT, AND DOES 1 through 50, inclusive, <br><br> Defendants. | No. EDCV 17-00063-AG (SPx) <br><br> **ORDER OF DISMISSAL OF DEFENDANT UNITED STATES OF AMERICA ONLY AND REMAND OF ACTION** |

Based on the "Disclaimer of Interest of Defendant Secretary of Housing and Urban Development and Stipulation for Dismissal," filed herein,

IT IS HEREBY ORDERED that:

1. This action is dismissed as to defendant United States only.

2. This action is remanded to the Superior Court of the State of California for the County of Riverside.

3. Plaintiff DLI and defendant United States shall each bear their own attorney's fees and costs of suit.

DATED: February 23, 2017

HON. ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE